**SCANNED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――

ANTONIO AVILA MAUZAUO,

        Petitioner,

-against-                              **Civil Judgment**

UNITED STATES OF AMERICA,              08 Civ. 02447 (KMW)

        Respondent.
――――――――――――――――――――――X

    Pursuant to the order issued ___MAY 1 9 2008___ by the Honorable Kimba M. Wood, Chief Judge, dismissing the instant action, it is,

    ORDERED, ADJUDGED AND DECREED: That the petition be and is hereby dismissed. 28 U.S.C. § 1915(e)(2)(B)(ii). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith.

    SO ORDERED:

                                                  /s/ Wood
                                          KIMBA M. WOOD
                                            Chief Judge

Dated: _____
       New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____.